STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, INC., a Delaware non-profit corporation,<br><br>Defendant. | Case No.: 2:10-cv-00485-KJD-RJJ<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

      Righthaven LLC ("Righthaven") filed a Complaint (Docket No.: 1) on Wednesday, April 7, 2010 for copyright infringement against the Citizens for Responsibility and Ethics in Washington, Inc. ("CREW"). Righthaven and CREW have agreed to settle the matter by a written agreement.

      Therefore, Righthaven hereby voluntarily dismisses this action with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

//

//

//

1

1  //
2  //
3      Dated this nineteenth day of May, 2010.

                          RIGHTHAVEN LLC

                           By: /s/ J. Charles Coons
                           STEVEN A. GIBSON, ESQ.
                           Nevada Bar No. 6656
                           J. CHARLES COONS, ESQ.
                           Nevada Bar No. 10553
                           9960 West Cheyenne Avenue, Suite 210
                           Las Vegas, Nevada 89129-7701
                           Attorneys for Plaintiff